# United States District Court
## Southern District of Georgia

EDDIE LYNN VINSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 114-207

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on February 3, 2016, the final decision of the Acting Commissioner is hereby AFFIRMED; and this civil action is hereby CLOSED.

IT IS FURTHER ORDERED AND ADJUDGED that a final judgment is hereby ENTERED in favor of the Defendant, CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, and against the Plaintiff, EDDIE LYNN VINSON.

February 3, 2016  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk